**Opinion filed January 26, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00360-CR

_____

## DANIEL VASQUEZ DOMINGUEZ, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 13674-B**

## M E M O R A N D U M   O P I N I O N

Daniel Vasquez Dominguez has filed a notice of appeal from the trial court's order denying Dominguez's motion requesting free copies of records from the proceedings involving his 2006 conviction. We dismiss the appeal.

We wrote Dominguez on December 16, 2011, and informed him that it did not appear that we had jurisdiction in this case. We requested that he respond in writing on or before January 9, 2012, and show grounds to continue this appeal. Dominguez has not filed a response showing grounds to continue this appeal; instead, he filed in this court an original mandamus

proceeding, *In re Daniel Vasquez Dominguez*, Cause No. 11-12-00007-CR. An intermediate court of appeals is not vested with jurisdiction to consider an appeal from an order denying a request for a free copy of the trial record when such request is not presented in conjunction with a timely filed appeal. *Self v. State*, 122 S.W.3d 294 (Tex. App.—Eastland 2003, no pet.). Dominguez's request in this case was not presented in conjunction with a timely filed appeal from his conviction. Consequently, we have no jurisdiction to entertain this appeal.

This appeal is dismissed for want of jurisdiction.


PER CURIAM


January 26, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2